THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL ROSENZWEIG, Appellant.

(Argued December 10, 1935; decided January 8, 1936.)

*Charles Solomon, Louis P. Goldberg* and *Samuel S. Rosh* for appellant.

*John J. Bennett, Jr., Attorney-General (David Asch* and *Herman L. Weisman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.